UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALICIA CABELLO and | ) | |
| REINA ROMERO, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | FILE NO. 1:12-cv-00627-TWT-RGV |
| v. | ) | |
| | ) | |
| GALLEY GOURMET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST THAT THE CASE BE ADMINISTRATIVELY CLOSED BUT THAT THE COURT RETAIN JURISDICTION THROUGH FINAL PAYMENT

Plaintiffs Alicia Cabello and Reina Romero and Defendant Galley Gourmet, Inc. hereby notify the Court that this matter has been resolved but that payment will be made to the Plaintiffs over time with payments to be made on October 17, 2014, February 28, 2015, and August 31, 2015.  The parties request that the Court administratively close this action but retain jurisdiction through final payment on August 31, 2015.  After payment on August 31, 2015, the parties, through their undersigned counsel will stipulate to dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted August 5, 2014.

THE BUCKLEY LAW FIRM, LLC

s/ Cheryl B. Legare
Georgia Bar No. 038553
cblegare@buckleylawatl.com
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleylawatl.com

Promenade, Suite 900
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

Counsel for Plaintiff


LITTLER MENDELSON, P.C.

s/ Gavin S. Appleby
Georgia Bar No. 020825
gappleby@littler.com

3344 Peachtree Road, N.E.
Suite 1500
Atlanta, Georgia 30326
Telephone: (404) 233-0330
Facsimile: (404) 759-2372

Counsel for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALICIA CABELLO and | ) | |
| REINA ROMERO, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | FILE NO. 1:12-cv-00627-TWT |
| v. | ) | |
| | ) | |
| GALLEY GOURMET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT NOTICE**

**OF SETTLEMENT AND REQUEST THAT THE CASE BE**

**ADMINISTRATIVELY CLOSED BUT THAT THE COURT RETAIN**

**JURISDICITION THROUGH FINAL PAYMENT** with the Clerk of the Court

using the CM/ECF system, which will automatically send e-mail notification of

such filing to all counsel of record:

Gavin S. Appleby

This 5th day of August, 2014.

s/ Cheryl B. Legare
Georgia Bar No. 038553

3