IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICIA CABELLO and REINA ROMERO<br><br>    Plaintiff<br><br>v.<br><br>GALLEY GOURMET, INC.<br><br>    Defendants | CIVIL ACTION NO.<br> 1:12cv627-TWT-RGV |

O R D E R

The parties' Joint Motion for the Case to be Administratively Closed [47] is before the Court for determination.  The Court GRANTS the Motion for and directs the Clerk to Administratively Close this case pending final payment as outlined in the settlement agreement.  The Court will retain jurisdiction over this action through the final payment on August 31, 2015 at which time parties to file stipulation of dismissal.

SO ORDERED, this 6th day August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE